# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARYN STAGI and WINIFRED LADD Individually, and on behalf of all others similarly situated | : : : : | CIVIL ACTION |
| Plaintiffs, | : : | NO. 03-CV-5702 |
| v. | : : | |
| NATIONAL RAILROAD PASSENGER CORPORATION (t/d/b/a AMTRAK) | : : : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this ___12th____ day of August 2009, it is **ORDERED** that Defendant's Motion for Summary Judgment (Doc. #77) is **GRANTED**.

s/Anita B. Brody
_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: