Law Offices

## SANDALS & ASSOCIATES, P.C.

One South Broad Street

Suite 1850

Philadelphia, PA 19107-3418

Telephone (215) 825-4000

Fax (215) 825-4001

WRITER'S DIRECT DIAL NUMBER
(215) 825-4011

September 4, 2012

**BY HAND DELIVERY**
Michael E. Kunz
Clerk of Court
**United States District Court for
   the Eastern District of Pennsylvania**
U.S. Courthouse
Room 2609
601 Market Street
Philadelphia, PA  19106

FILED
SEP 6 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

    Re:    Stagi, et al. v. National Railroad Passenger Corporation (t/d/b/a/ Amtrak)
              Civil Action No. 2:03-cv-05702-AB

Dear Mr. Kunz:

       We represent plaintiffs in the above referenced action and are in receipt of your August 27, 2012 letter to defense counsel concerning the bill of costs filed September 3, 2010. The parties have settled this matter and the settlement was approved by Judge Brody on July 3, 2012 (Doc. # 145). Accordingly, the September 3, 2010 bill of costs is mooted. Please dismiss the bill of costs.

       If you require anything further from the parties, please do not hesitate to contact us.

                                           Respectfully,

                                           Scott M. Lempert

SML:raw
cc:    William J. Delany, Esquire
        Erica E. Flores, Esquire